**FILED**

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0418

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0418

_____

WADE AYALA,

       Plaintiff, Counterclaim-Defendant
       and Appellee,

   v.

GAIL STAFFORD,

       Defendant, Counter-Claimant,
       Third-Party Plaintiff and Appellant,           O R D E R

   v.

RECONTRUST COMPANY, N.A.; BANK OF
AMERICA, N.A.; EQUITY PROCESS
MANAGEMENT, INC.; FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

       Third-Party Defendants, Appellees
       and Cross-Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray J. Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2021